JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., | Case No.  CV 17-1270-GW(ASx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| NEIMAN MARCUS GROUP, INC. et al., | |
| Defendants. | |

Based upon the Notice of Dismissal [22], it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: April 20, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE